UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :     CRIMINAL NO. 04-510-*03,04,05-RCL*

         v.     :

XU BAO CHENG, A/K/A "PAUL",     :
FREDRICK BARTH, and     :
RACHAEL HONG,     :
      DEFENDANTS.     :

**FILED**

MAY - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO UNSEAL

This cause comes before the Court on the Government's Motion to Unseal. Considering

the grounds raised in said motion, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** that the Superceding Indictment, the Arrest Warrants,

Motion to Seal, the Court's Order to Seal, and all other documents and proceedings in this case

are unsealed and can be entered on the public docket.

5/8/07
DATED

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE